1  BINGHAM MCCUTCHEN LLP
   Stephen Zovickian (SBN 78697)
2  Three Embarcadero Center
   San Francisco, CA 94111-4067
3  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
4
   Attorneys for Defendants and Counterclaimants
5  Bay St. Emeryville Limited Partnership, MRP
   Development Emeryville, Inc., Madison Marquette
6  Company LLC, Madison Bay Street LLC

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | LAW/KINGDON, INC., et al.,                    | No. C 05-02046 SC |
|----|-----------------------------------------------|-------------------|
| 12 | Plaintiffs,                                   | STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE |
| 13 | v.                                            |                   |
| 14 | BAY STREET EMERYVILLE LIMITED PARTNERSHIP, et al., | |
| 15 | Defendants.                                   |                   |
| 16 |                                               |                   |
| 17 | AND RELATED COUNTERCLAIM                      |                   |

18

19         The parties to this action, through their undersigned counsel of record, hereby

20  stipulate that the entire action, including the complaint and counterclaim, shall be dismissed

21  without prejudice, with each party to bear its own attorney's fees and costs, in accordance with

22  the terms of their Standstill and Tolling Agreement.

23

24

25

26

STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

SF/21623990.1

1  DATED: July 8, 2005

2

3                                          KNOPFLER, SMITH & PAZOS

4

5                                          By: _____
                                                 George Knopfler
6                                                Attorney for Plaintiffs and Counter-Defendants

7

8  DATED: July 11, 2005

9

10                                         BINGHAM MCCUTCHEN LLP

11

12                                         By: _____
                                                 Stephen Zovickian
13                                               Attorneys for Defendants and Counter-
                                                 Claimants
14

15

**IT IS SO ORDERED**
**Senior Judge Samuel Conti**

7/28/05

---

2

STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

SF/21623990.1

## PROOF OF SERVICE

1. I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

George Knopfler, Esq.
Knopfler, Smith & Pazos
4195 East Thousand Oaks Boulevard, Suite 155
Westlake Village, CA 91362

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 26, 2005.

Louise M. Tarquinio

STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE